# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE PIERCE-SCHMADER,** | : | No. 3:13cv1141 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **MOUNT AIRY CASINO AND RESORT,** | : | |
| | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 20th day of November 2014, Defendant Mount Airy Casino and Resort's motion for summary judgment (Doc. 23) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of the defendant and to close this case.

                                                              **BY THE COURT:**


                                                              s/ James M. Munley
                                                              **JUDGE JAMES M. MUNLEY**
                                                              **United States District Court**