# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE PIERCE-SCHMADER,** : | No. 3:13cv1141 |
| Plaintiff : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **MOUNT AIRY CASINO** : | |
| **AND RESORT,** : | |
| Defendant : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 20th day of February 2015, the plaintiff's motion for reconsideration (Doc. 37) is hereby **DENIED**.

            **BY THE COURT:**

            **s/ James M. Munley**
            **JUDGE JAMES M. MUNLEY**
            **United States District Court**